# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

## WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

V.

STEVEN SHAW

CRIMINAL COMPLAINT

CASE NUMBER: 7-06-MJ- 040

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 10, 2006 and March 27, 2006 in Wichita County, in the Northern District of Texas defendant(s) was found and did,

distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base,

in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(A)(iii).

I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

See attached Affidavit of Special Agent Blake E. Gordon, Bureau of Alcohol, Tobacco, Firearms and Explosives which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:   X Yes   No

_Signature of Complainant_
BLAKE E. GORDON
Special Agent, ATF

Sworn to before me and subscribed in my presence, on this 13th day of June, 2006, at Wichita Falls, Texas.

ROBERT K. ROACH
__UNITED STATES MAGISTRATE JUDGE__
Name & Title of Judicial Officer          Signature of Judicial Officer

# AFFIDAVIT OF
# SPECIAL AGENT BLAKE E. GORDON,
# BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES

I, Special Agent Blake E. Gordon, being duly sworn hereby depose and say:

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) for approximately 8 years. As a Special Agent, my duties include, but are not limited to, conducting criminal investigations concerning violations of the federal firearms laws.

2. As a result of my personal participation in the investigation of matters referred to in this affidavit I am familiar with the facts and circumstances of the investigation. On the basis of personal observation as well as familiarity, I have determined the following:

3. On March 10, 2006, ATF CI 195 set up a meeting between ATF S/A Henry Mosley and Steven SHAW for the purchase of four and one half (4½) ounces of crack cocaine for $2,300.00. The transaction was set to occur at the residence located at 804 Chance St., Wichita Falls, TX. At approximately 3:40 p.m. Steven SHAW arrived at the above location driving his maroon Chevrolet, S-10, pickup truck. A black male known only as "YOUNG BLACK" was with SHAW. CI 195 approached SHAW to negotiate the transaction. SHAW told CI 195 that he had to go and get the crack cocaine. SHAW further advised CI 195 that he was going to bring seven (7) ounces of crack to sell S/A Mosley and that S/A Mosley could just owe him (SHAW) $1,300.00 for the remainder of the drugs. SHAW then stated that he would first give a sample of the crack cocaine to CI 195 to show to S/A Mosley, and if S/A Mosley approved the drugs, SHAW would sell him the entire amount. S/A Mosley observed the above meeting. SHAW then departed the above location. S/A Gordon and Det. Karl King also observed SHAW depart the above location. At approximately 4:15 p.m. SHAW returned to the above location again driving his maroon Chevrolet, S-10, pickup truck and accompanied by "YOUNG BLACK". CI 195 approached SHAW. SHAW gave CI 195 a small sample of crack cocaine and CI 195 showed the crack cocaine to S/A Mosley. S/A Mosley approved the sample. S/A Mosley and CI 195 then approached SHAW. SHAW handed CI 195 a large quantity of crack cocaine in the presence of S/A Mosley. CI 195 then gave the above crack cocaine to S/A Mosley in the presence of SHAW. S/A Mosley then gave CI 195 $2,300 of U.S. currency as payment for the above crack cocaine. CI 195 then immediately gave the above cash to SHAW in the presence of S/A Mosley. SHAW then departed

Affidavit of Special Agent Blake E. Gordon - Page 1

the area. The above transaction was monitored and recorded. The above crack cocaine was retained by S/A Gordon for transmittal to the DEA lab for analysis.

4. On March 24, 2006, DEA Forensic Chemist Ted Chapman conducted analysis of the above substances and found the substance to be (251.0) grams of cocaine base (i.e., crack cocaine).

5. On March 26, 2006, S/A Henry Mosley, acting in an undercover capacity, made a consensually monitored telephone call to Steven SHAW at telephone number (940) 642-****. S/A Mosley contacted SHAW to set up a meeting with SHAW to pay SHAW $1,300.00 owed to SHAW for crack cocaine purchased on March 10, 2006, and to order an additional four and one-half (4½) ounces of crack cocaine. SHAW agreed and instructed S/A Mosley to call him (SHAW) when S/A Mosley arrived in Wichita Falls, TX.

6. On March 27, 2006, S/A Henry Mosley, again acting in an undercover capacity, made a consensually monitored telephone call to Steven SHAW at telephone number (940) 642-****, as SHAW had instructed on March 26, 2006. SHAW instructed S/A Mosley to contact ATF CI 195.

7. On this same date, CI 195 made a consensually monitored telephone call to Steven SHAW at telephone number (940) 642-****. SHAW instructed CI 195 to meet him (SHAW) at 804 Chance St., Wichita Falls, TX for delivery of the drugs. CI 195 and S/A Mosley then departed the staging location en route to 804 Chance St, Wichita Falls, TX. Upon arrival at the above location S/A Mosley and CI 195 observed SHAW exit his vehicle and approach a vehicle at the above residence. SHAW opened the vehicle door and placed a large quantity of crack cocaine in a clear plastic bag underneath the front driver's seat. SHAW then told CI 195 that the drugs were in the vehicle and to get the payment from S/A Mosley and he (SHAW) would return for the money later. SHAW then got into his vehicle and departed the area. Approximately (30) minutes later S/A Mosley made a consensually monitored telephone call to Steven SHAW at telephone number (940) 642-**** to set up payment for the drugs that SHAW had delivered. SHAW instructed S/A Mosley to place the buy money in the above vehicle that SHAW placed the crack cocaine. S/A Mosley told SHAW that he was not going to do that. SHAW stated that he would come by the above location at a later time and meet with S/A Mosley for payment. Approximately one hour later S/A Gordon ended the operation for tactical reasons.

Affidavit of Special Agent Blake E. Gordon - Page 2

8. On May 26, 2006, DEA Forensic Chemist Scott Wischnewsky conducted analysis of the above substances and found the substance to be (119.9) grams of cocaine base (i.e., crack cocaine).

9. Based on the above information, on March 10, 2006, SHAW distributed 50 grams or more of a mixture or substance containing cocaine base (i.e., crack cocaine), and SHAW did so again on March 27, 2006, two separate violations of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii), all in the Wichita Falls Division of the Northern District of Texas.

_____
Blake E. Gordon
Special Agent / ATF

Subscribed and sworn to before me on this the 13th day of June, 2006, at 1:20 p.m.

_____
Robert K. Roach
United States Magistrate Judge

Affidavit of Special Agent Blake E. Gordon - Page 3